Form ntchrgBK

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:* Gregory Dixon and Carrie Dixon  *Case No.:* 22−90471
  *Debtor*

  *Chapter:* 13

---

**PLEASE TAKE NOTICE** that a Confirmation Hearing will be held at

U.S. Courthouse, Courtroom C, 1st Floor, 201 S. Vine Street, Urbana, IL 61802

on 2/15/23 at 10:00 AM

to consider and act upon the following:

Debtors' Chapter 13 Plan (Doc #3) and objection thereto.

Dated: 1/20/23

　　　　　　　　　　　　　　　　　　　　　 /S/   Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

| | |
|---|---|
| In re: | Case No. 22-90471-tlp |
| Gregory Dixon | Chapter 13 |
| Carrie Dixon | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0753-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 20, 2023 | Form ID: ntchrgBK | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Gregory Dixon, Carrie Dixon, 110 W. Ensey St, Tuscola, IL 61953-1225 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2023         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John L GreenLeaf, Jr | on behalf of Debtor Gregory Dixon GreenLeafLaw@comcast.net  r41246@notify.bestcase.com |
| John L GreenLeaf, Jr | on behalf of Joint Debtor Carrie Dixon GreenLeafLaw@comcast.net  r41246@notify.bestcase.com |
| Marsha L Combs-Skinner | marsha@ch13cdil.com  marsha@Ch13CDIL.com;marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com |
| U.S. Trustee | USTPRegion10.PE.ECF@usdoj.gov |

TOTAL: 4