**IT IS SO ORDERED.**

**SIGNED THIS: August 11, 2023**

_____
**Peter W. Henderson
United States Chief Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Gregory Dixon and | ) | No. 22-90471 |
| Carrie Dixon, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |

ORDER TO EMPLOY

This cause coming to be heard on the Application to Employ Attorney James D. Spiros to Compromise Personal Injury Lawsuit; and after notice having been given to all parties and there being no objection,

IT IS HEREBY ORDERED that James D. Spiros is approved for employment to pursue a personal injury claim on a contingency fee of 33 1/3% of the gross recovery plus costs. The amount of the attorney's shall be subject to further court approval.

###