**IT IS SO ORDERED.**

**SIGNED THIS: August 11, 2023**

_____
**Peter W. Henderson
United States Chief Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Gregory Dixon and | ) | No. 22-90471 |
| Carrie Dixon, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |

ORDER TO SETTLE

This cause coming to be heard on the Motion to Compromise Personal Injury Lawsuit and there being no objection,

IT IS HEREBY ORDERED:

1. Settlement of $25,000.00 is allowed; and

2. Gregory Dixon, Debtor, shall be allowed to retain net proceeds of $19,720.40.

###